# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: KENNETH MICKENS – Debtor | |
| U-SAVE AUTO RENTAL OF AMERICA<br><br>Plaintiff(s),<br><br>Vs.<br><br>KENNETH LEE MICKENS, et al.,<br><br>Defendants(s), | Case No:  CV-S-01-554-RLH (PAL)<br>MP00-80013-LBR<br>Dept No:<br>Docket No: |

### AFFIDAVIT OF DUE DILIGENCE

STATE OF NEVADA        )
                                         ) ss
COUNTY OF CLARK   )

ROBERT J PALOCSIK, being first duly sworn, deposes and says; that affiant is, and was on the dates when he attempted service of the within ORDER TO SHOW CAUSE, a citizen of the United States, over 18 years of age, and not a party to, nor interested in the within action: that affiant received the above documents and personally attempted to serve upon MARIA FLEMATE defendant, during the period of JUNE 23, 2001, though JUNE 27, 2001 at his/her last known address of 2260 E. DEACON ST in Pahrump Township, County of Nye, State of Nevada, without success in locating said defendant. Affiant was not able to serve Defendant for reasons being,

The following locations where the defendant has previously been known to frequent were visited numerous times during the above period. 2260 E Deacon St., Pahrump,   2951 E Deadwood St., Pahrump,   970 S Hwy 160, Pahrump,   1340 W Hwy 372, Pahrump and 4484 El Carnal Way, Las Vegas.

Affiant, on the basis of the previous information was unable to locate a present residence for Defendant.

Dated this 28th day of June 2001

_____
Robert J Palocsik

**STATE OF NEVADA**
**COUNTY OF CLARK**

On 6-28-01 before me, a notary public in and for said State, personally appeared Robert J Palocsik, satisfactorily proven to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purpose therein contained.

In witness whereof I hereunto set my hand and official seal.

_____

```
Notary Public-State Of Nevada
COUNTY OF CLARK
MICHAEL FLANK
My Appointment Expires
August 3, 2002
No. 94-5177-1
```

# DECLARATION OF SERVICE

I, CHERYL SNIDER, declare:

I am employed by the law firm of THE LAW OFFICES OF SHARON KINSEY. My business address is 2425 Porter Street, Suite 13, Soquel, California, 95073. I am over the age of 18 years and not a party to this action.

On July 2, 2001, I served the following document(s) set forth below in the manner indicated:

(  ) **Via Facsimile**: By facsimile machine at the fax number(s) shown below. I caused the machine to print a transmission record of the transmission and no error was reported by the machine.

(  ) **Personal Service**: By personally delivering to the person named below, at the address indicated.

( X ) **Service by Mail (Deposit)**: By enclosing a copy in an envelope addressed as shown below and depositing the sealed envelope with the United States Postal Service in Soquel, California, with the postage fully prepaid.

**Document(s) Served**:           AFFIDAVIT OF DUE DILIGENCE

**Person(s) Served:**

Stanley A. Zlotoff, Esq.
300 First Street, Suite 215
San Jose, CA  95113
Facsimile: (408) 287-7645
Atty for Kenneth & Yvette Mickens

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on July 2, 2001, at Soquel, California.

_Cheryl Snider_
CHERYL SNIDER