✓ FILED          ___ RECEIVED
✓ ENTERED        ✓ SERVED ON
                 COUNSEL/PARTIES OF RECORD

SEP 1

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: KENNETH MICKENS,<br><br>　　　　Debtor.<br>_____<br><br>U-SAVE AUTO RENTAL OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>KENNETH LEE MICKENS and<br>YVETTE MICKENS,<br><br>　　　　Defendant(s).<br>_____ | CV-S-01-0554-RLH-(PAL)<br><br>**O R D E R** |

　　This Court has received notification that Case # MP00-80013-LBR was administratively closed by the US Bankruptcy Court, District of Nevada. Accordingly, the matter before this Court is moot on the issuance of the Warrant on July 26, 2001, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that the warrant issued on July 26, 2001 be quashed;

　　IT IS FURTHER ORDERED that this matter be ADMINISTRATIVELY CLOSED.

　　Dated: September 15, 2004.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROGER L. HUNT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

8